IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02167–RM–KMT

BRUCE W. JONES,

    Plaintiff,

v.

DR. JEFFREY ALLEN, individually and in his official capacity, Chief Health Programs, Health Services Division, Washington D.C., North Central Region, Kansas City, Kansas,
LISA GREGORY, individually and in her official capacity, Regional Health Services Administrator, North Central Regional Office, Kansas City, Kansas,
ALLYSON ALVARADO, individually and in her official capacity, Health Services Administrator, Federal Correctional Institute, Florence,
LT. CIMAROSSA, individually and in her official capacity, Acting Asst. Health Services Health Administrator, Federal Correctional Institute, Florence,
GEORGE SANTINI, individually and in his official capacity, Staff Physician, Federal Correctional Institute, Florence,
ALICIA VINYARD, individually and in her official capacity, Midlevel Provider, Federal Correctional Institute, Florence,
GILBERTA TRUJILLO, individually and in her official Capacity, Medical Secretary, Federal Correctional Institute, Florence,
P. RANGEL, individually and in his official capacity, Associate Warden, Federal Correctional Institute, Florence, and
JAMES PELTON, individually and in his official capacity, Acting Clinical Director, Federal Correctional Institute, Florence,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Status of Case" (Doc. No.23, filed December 17, 2013) is GRANTED. The Clerk is directed to send Plaintiff a copy of the docket sheet in this case.

Dated: December 23, 2013